# CASES REPORTED WITH BRIEF SYLLABI

### AND

## DECISIONS HANDED DOWN WITHOUT

## OPINION

---

### FIRST DEPARTMENT, OCTOBER, 1926.

OXFORD FILM EXCHANGE, INC., Appellant, *v.* CONTINENTAL SCREEN SERVICE CORPORATION, Respondent, Impleaded with SCHWARTZ ENTERPRISES, INC.

Appeal from an order of the Supreme Court, made at the New York Special Term and entered in the New York county clerk's office on December 21, 1925, denying plaintiff's motion to compel the respondent above named to separately state its defense and counterclaim contained in the answer, and to strike out the counterclaim of said defendant.

PER CURIAM. The plaintiff accepted a favor from the court upon the express condition that the trial of the action would be proceeded with at once. Having accepted that favor, the plaintiff is not now in a position to repudiate its agreement and to move for further relief. The order appealed from should be affirmed, with ten dollars costs and disbursements. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ. Order affirmed, with ten dollars costs and disbursements.

---

THE PUBLIC NATIONAL BANK OF NEW YORK, Respondent, *v.* ROTTERDAMSCHE BANKVEREENIGING, Appellant.

Appeal from an order of the Supreme Court, made at the New York Special Term and entered in the New York county clerk's office on September 22, 1926, denying defendant's motion to make the complaint more definite and certain.

PER CURIAM. The complaint as we view it is based upon the theory of one contract. So construing it, the order appealed from is correct and should be affirmed, with ten dollars costs and disbursements, with leave to defendant to answer upon payment of said costs and ten dollars costs of motion at Special Term. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ. Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term.